**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SIGNATURE APPAREL GROUP LLC,<br><br>               Debtor. | Chapter 11<br>Case No. 09-15378 (JMP) |
| SIGNATURE APPAREL GROUP LLC,<br><br>               Plaintiff,<br><br>        v.<br><br>ROC FASHIONS, LLC, RVC<br>ENTERPRISES, LLC,  RUBEN AZRAK,<br>VICTOR AZRAK AND CHARLES AZRAK,<br><br>               Defendants. | Adv. Pro. No.  11-02800 (JMP) |

## CASE MANAGEMENT PLAN AND SCHEDULING ORDER

Upon the joint application for a Case Management Plan and Scheduling Order set forth on the record of the hearing held in the above-captioned action on May 1, 2012, and good cause appearing therefor, it is hereby ORDERED that:

1.      The parties' Rule 26(a)(1) Initial Disclosures shall be made no later than May 16, 2012.

2.      Fact discovery shall be completed no later than October 26, 2012.

3.      The parties may take up to 15 depositions per side (excluding the expert depositions referenced below).

4.      In accordance with Rule 7033 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 7033-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the parties will be limited to 25 interrogatories (including all subparts) per side, except upon leave of the Court.

5.      Expert discovery shall be completed by February 22, 2013, as provided herein:

a.      Expert disclosures pursuant to Bankruptcy Rule 26(a)(2) shall be made by October 26, 2012;

b.      Affirmative expert reports shall be produced to opposing counsel no later than December 10, 2012;

c.      Reply expert reports shall be produced to opposing counsel no later than January 23, 2013;

d.      Expert depositions shall be completed no later than February 22, 2013.

6.      Summary judgment motions, if any, shall be filed no later than 45 days after the completion of expert discovery.  Any such motion will be in accordance with Rule 7056 of the Bankruptcy Rules and Rule 7056-1 of the Local Rules.

7.      The next Status Conference in this matter shall be on November 1, 2012 at 10:00 a.m..

8.      Trial shall commence on a date to be set by the Court in consultation with the parties.

9.      The time periods and limitations set forth herein may be expanded upon application of any party, for good cause shown.

**SO ORDERED:**

Dated: New York, New York
       May 3, 2012

_s/ James M. Peck_____
Honorable James M. Peck
United States Bankruptcy Judge