```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                                 :
In re:                                                           :
                                                                 :    Chapter 11
SIGNATURE APPAREL GROUP LLC,                                     :
                                                                 :    Case No. 09-15378 (RG)
        Debtor                                                   :
                                                                 :
---------------------------------------------------------------- x
                                                                 :
SIGNATURE APPAREL GROUP LLC,                                     :
                                                                 :
        Plaintiff                                                :
                                                                 :
v.                                                               :
                                                                 :
JOSEPH LAURITA; CHRISTOPHER                                      :
LAURITA; NEW STAR GROUP, LLC; ROC                                :
FASHIONS LLC; RVC ENTERPRISES, LLC;                              :
RUBEN AZRAK, VICTOR AZRAK, CHARLES                               :
AZRAK, ICONIX BRAND GROUP, INC., and                             :
STUDIO IP HOLDINGS LLC,                                          :
                                                                 :    Adversary No. 11-02800 (RG)
        Defendants                                               :
                                                                 :
---------------------------------------------------------------- x
                                                                 :
ROC FASHIONS LLC,                                                :
                                                                 :
        Third-Party Plaintiff                                    :
                                                                 :
v.                                                               :
                                                                 :
STUDIO IP HOLDINGS LLC,                                          :
                                                                 :
        Third-Party Defendant                                    :
                                                                 :
---------------------------------------------------------------- x
```

**ORDER (A) GRANTING IN PART AND
DENYING IN PART THE PARTIES' CROSS-MOTIONS FOR
SUMMARY JUDGMENT AND (B) DENYING THE DEFENDANTS'
*DAUBERT* MOTION**

Before the Court are the following motions: (1) *Plaintiff Signature Apparel Group LLC's*

*Motion for Summary Judgment* (ECF No. 142); (2) *Defendant Iconix Brand Group, Inc.'s and*

1

*Defendant Studio IP Holdings LLC's Motion for Summary Judgment* (ECF No. 140); and

(3) *Defendant Iconix Brand Group, Inc.'s and Defendant Studio IP Holdings LLC's* Daubert *Motion* (ECF No. 141) (the "*Daubert* Motion"). On March 4, 2015, the Court entered its *Memorandum Opinion (A) Granting in Part and Denying in Part the Parties' Cross-Motions for Summary Judgment and (B) Denying the Defendants'* Daubert *Motion* (the "Opinion"). For the reasons set forth in the Opinion, it is hereby:

ORDERED that summary judgment is GRANTED to the Defendants as to Counts V and VIII of the Amended Complaint; and it is further

ORDERED that Counts V and VIII of the Amended Complaint are hereby DISMISSED; and it is further

ORDERED that summary judgment is DENIED as to Counts VI and VII of the Amended Complaint; and it is further

ORDERED that summary judgment is GRANTED IN PART AND DENIED IN PART as to Counts I, II, III, IV, and IX of the Amended Complaint, as fully set forth in the Opinion; and it is further

ORDERED that the *Daubert* Motion is DENIED; and it is further

ORDERED that trial in the above-captioned adversary proceeding shall commence on April 21, 2015.

Dated: New York, New York
       March 4, 2015

    *s/ Robert E. Grossman*
    Honorable Robert E. Grossman
    United States Bankruptcy Judge