**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SIGNATURE APPAREL GROUP LLC,<br><br>Debtor. | Chapter 11<br>Case No. 09-15378 (REG) |
| SIGNATURE APPAREL GROUP LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH LAURITA, CHRISTOPHER LAURITA, NEW STAR GROUP, LLC, ROC FASHIONS, LLC, RVC ENTERPRISES, LLC, RUBEN AZRAK, VICTOR AZRAK AND CHARLES AZRAK, ICONIX BRAND GROUP, INC., STUDIO IP HOLDINGS, LLC,<br><br>Defendants. | Adv. Pro. No. 11-02800 (REG)<br><br>**JUDGMENT AGAINST DEFENDANTS CHRISTOPHER LAURITA AND NEW STAR GROUP, LLC** |
| ROC FASHIONS, LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>STUDIO IP HOLDINGS, LLC<br><br>Third-Party Defendant. | BC 18,0009 |

Pursuant to the Memorandum Decision dated August 24, 2017 (the "Memorandum Decision") [Adv. Pro. No. 11-02800 (REG) ECF Dkt. No. 241], and for the reasons stated therein and the Judgment of the Court dated August 28, 2017 [Adv. Pro. No. 11-02800 (REG) ECF Dkt. No. 243], and in accordance with the subsequent agreed scheduling order dated

September 14, 2017 concerning submissions on damages pursuant to which plaintiff-debtor Signature Apparel Group LLC ("Plaintiff-Debtor"), by and through its counsel, submitted a memorandum of law on November 3, 2017 and to which neither Defendant Christopher Laurita nor Defendant New Star Group, LLC have responded, notwithstanding a response deadline of December 8, 2017,

    **JUDGMENT** is hereby entered in favor of Plaintiff-Debtor Signature Apparel Group LLC against:

    (i)  Christopher Laurita, with a last known address of P.O. Box 725, Franklin Lakes, New Jersey, 07417, in the amount of **$2,050,000** plus interest to accrue from the date of entry of this Judgment at the federal judgment rate until satisfaction of the judgment, as follows:

    Count 3: Against Defendant Christopher Laurita in favor of the Plaintiff-Debtor for his breach of his fiduciary duties limited to the $2,050,00 that Christopher Laurita received from the ROC Defendants, which judgment amount is subject to increase based on additional damages to be determined at a later date with respect to Count 3; and against:

    (ii) New Star Group, LLC, a Delaware limited liability company with a New York address of 1370 Broadway Suite 504, New York, New York, 10018, on Count 9 for unjust enrichment, in favor of the Plaintiff-Defendant in the amount of **$1,800,000** plus interest to accrue from the date of entry of this Judgment at the federal judgment rate until satisfaction of the judgment.

    In accordance with the Memorandum Decision, on account of apportionment, upon this Court's entry of a judgment (i) fixing damages against Defendant Iconix Brand Group, LLC and Defendant Studio IP Holdings LLC (the "Remaining Defendants"), (ii) fixing additional damages against Defendant Christopher Laurita with respect to Count 3, and (iii) fixing damages against Defendant Christopher Laurita with respect to Counts 1, 2 and  7, the forgoing damage

awards shall be reduced on a pro rata basis by an additional $400,000.00 among Christopher Laurita, New Star Group, LLC and the Remaining Defendants.

Dated: New York, New York
      January 29, 2018

                                            *s/ Robert E. Grossman*
                                            Honorable Robert E. Grossman
                                            United States Bankruptcy Judge